**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ALLEN KEITH POSEY (# 47506)**                                              **PLAINTIFF**

**v.**                                                                **No. 4:07CV129-P-B**

**DR. KENTRELL LIDDELL, ET AL.**                                          **DEFENDANTS**

## JUDGMENT

In accordance with the memorandum opinion issued today in this cause, all of the plaintiff's claims *except* his claim against Dr. Kentrell Liddell for failure to send the plaintiff to a colorectal specialist for surgical correction of rectal prolapse are hereby **DISMISSED** with prejudice. The plaintiff's claim against Dr. Kentrell Liddell shall **PROCEED**.

The plaintiff's motion [11] to amend his complaint is hereby **GRANTED**. His motion [12] to appoint counsel and motion [16] for a temporary restraining order or preliminary injunction are hereby **DENIED**.

**SO ORDERED,** this the 16th day of September, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE