#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
#### GREENVILLE DIVISION

**ALLEN KEITH POSEY**                                                                              **PLAINTIFF**

**V.**                                   **CIVIL ACTION NO.: 4:07CV129-WAP-DAS**

**DR. KENTRELL LIDDELL**                                                 **DEFENDANT**

### ORDER

Before the court is the plaintiff's letter motion for a copy of the March 17, 2009 evidentiary hearing at government expense (# 46). The court has not yet issued a ruling in this case, and the plaintiff has neither shown nor alleged any need for a copy of the transcript. Accordingly, the instant motion is hereby denied.

This 8th day of October, 2009.

                                                                            **/s/ David A. Sanders**
                                                                            **U. S. MAGISTRATE JUDGE**