# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ALLEN KEITH POSEY**                                                      **PLAINTIFF**

**V.**                                             **NO. 4:07CV129-P-S**

**DR. KENTRELL LIDDELL, et al.**                                      **DEFENDANTS**

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated July 12, 2010, was on that date duly served by mail upon Plaintiff and Defendants at their last known addresses; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

(1) the Report and Recommendation of the United States Magistrate Judge dated July 12, 2010 (docket entry 48), is hereby APPROVED and ADOPTED as the opinion of the court;

(2) the complaint is dismissed; and

(4) this matter is CLOSED.

THIS the 17th day of September, 2010.

                                                                      /s/ W. Allen Pepper, Jr.
                                                                      W. ALLEN PEPPER, JR.
                                                                      UNITED STATES DISTRICT JUDGE